# Resident Ledger

|  |  |
|---|---|
| Date: | 03/15/2018 |
| Resident Code: | t0017351 |
| Property: | reswcorp |
| Unit: | RW06A |
| Status: | Current |
| Rent: | $2,550.00 |
| Deposit: |  |
| Move In Date: | 09/01/2017 |
| Move Out Date: | 01/01/0001 |
| Due Day: | 1 |
| Tel Num(Office): |  |
| Tel Num(Home): |  |

**Mohammad Asgari**

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | Balance Forward | 0.00 | 0.00 | 0.00 |
| 08/31/17 | Security Deposit | 1,000.00 | 0.00 | 1,000.00 |
| 09/01/17 | CC 2621 | 0.00 | 3,295.00 | (2,295.00) |
| 09/01/17 | Rent for 30 days | 2,550.00 | 0.00 | 255.00 |
| 09/01/17 | Concessions - Corporate Units (09/2017) | (255.00) | 0.00 | 0.00 |
| 10/01/17 | Corporate Suite Rent (10/2017) | 2,550.00 | 0.00 | 2,550.00 |
| 10/01/17 | Concessions - Corporate Units (10/2017) | (255.00) | 0.00 | 2,295.00 |
| 10/12/17 | CC 2621 | 0.00 | 2,295.00 | 0.00 |
| 11/01/17 | Corporate Suite Rent (11/2017) | 2,550.00 | 0.00 | 2,550.00 |
| 11/01/17 | Concessions - Corporate Units (11/2017) | (255.00) | 0.00 | 2,295.00 |
| 11/06/17 | Replace Towel | 10.00 | 0.00 | 2,305.00 |
| 11/09/17 | CC 2621 | 0.00 | 2,305.00 | 0.00 |
| 12/01/17 | Corporate Suite Rent (12/2017) | 2,550.00 | 0.00 | 2,550.00 |
| 12/01/17 | Concessions - Corporate Units (12/2017) | (255.00) | 0.00 | 2,295.00 |
| 12/08/17 | CC 2621 | 0.00 | 2,295.00 | 0.00 |
| 01/01/18 | Corporate Suite Rent (01/2018) | 2,550.00 | 0.00 | 2,550.00 |
| 01/01/18 | Concessions - Corporate Units (01/2018) | (255.00) | 0.00 | 2,295.00 |
| 01/16/18 | CC 2621 | 0.00 | 2,422.50 | (127.50) |
| 01/17/18 | Late Charges | 114.75 | 0.00 | (12.75) |
| 01/19/18 | Late Charges | (114.75) | 0.00 | (127.50) |
| 02/01/18 | Corporate Suite Rent (02/2018) | 2,550.00 | 0.00 | 2,422.50 |
| 02/01/18 | Concessions - Corporate Units (02/2018) | (255.00) | 0.00 | 2,167.50 |
| 02/08/18 | CC 2621 | 0.00 | 2,167.50 | 0.00 |
| 03/01/18 | Corporate Suite Rent (03/2018) | 2,550.00 | 0.00 | 2,550.00 |
| 03/01/18 | Concessions - Corporate Units (03/2018) | (255.00) | 0.00 | 2,295.00 |
| 03/08/18 | CC 2621 | 0.00 | 2,295.00 | 0.00 |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---:|---:|---:|---:|---:|
| 0.00 | -2,295.00 | 2,295.00 | 0.00 | 0.00 |